No. 95–580. SciMed Life Systems, Inc. *v.* Schneider (Europe) AG et al. C. A. Fed. Cir. Certiorari denied.

No. 95–583. Collins *v.* Virginia. Ct. App. Va. Certiorari denied.

No. 95–597. Storer et al. *v.* French, Trustee. C. A. 6th Cir. Certiorari denied.

No. 95–610. Roussin *v.* Missouri. C. A. 8th Cir. Certiorari denied.

No. 95–611. George et al. *v.* Consolo. C. A. 1st Cir. Certiorari denied.

No. 95–614. Mid America Title Co. *v.* Kirk. C. A. 7th Cir. Certiorari denied.

No. 95–615. Rauckhorst *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 95–627. Saadeh *v.* United States. C. A. 7th Cir. Certiorari denied.

No. 95–635. Walker *v.* McLellan et al. C. A. 10th Cir. Certiorari denied.

No. 95–637. Wolfson *v.* United States. C. A. 2d Cir. Certiorari denied.

No. 95–640. Grimm et al. *v.* Columbus-America Discovery Group, Inc. C. A. 4th Cir. Certiorari denied.

No. 95–645. Brown *v.* United States. C. A. 11th Cir. Certiorari denied.

No. 95–654. Slain *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 95–655. Gertz *v.* Anne Arundel County, Maryland. Ct. App. Md. Certiorari denied.

No. 95–657. Rush *v.* United States. C. A. 5th Cir. Certiorari denied.